UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: TRENTON

Judge Freda L. Wolfson, U.S.D.J.

Court Reporter: Vincent Russoniello

November 17, 2015
DATE OF PROCEEDINGS

Docket #3:14-CR-101-01(FLW)

Title of Case:

UNITED STATES OF AMERICA
vs.
DAVID HELLMAN
　　　　　　　DEFT. PRESENT

Appearances:

R. Joseph Gribko, AUSA & Sara M. Wolfe, AUSA for Government
Michael F. Bachner, Esq. for Defendant

Nature of Proceedings:   SENTENCING ON Count One of the Information.

Imprisonment: 44 Months.
Supervised Release: 2 Years with special conditions.
Fine Waived.
Special Assessment: $100.00
Defendant to voluntarily surrender to the designated institution on March 15, 2016.
Restitution hearing to be set within 90 days if necessary.
Parties advised of appeal rights.
Defendant Released.

Time Commenced: 10:00 A.M.
Time Adjourned:   11:15 A.M.
Total Time:  (1.15)

*s/Jacqueline Gore*
**DEPUTY CLERK**